# EXHIBIT A

Warrant of Arrest / Complaint Warrant
Including the Sworn Complaint of Detective Franklin Epley
Commonwealth of Kentucky v. Abdulqayum Wardak
Fayette District Court  —  Warrant No. E03410004849129

| AOC-E-035 WarCode: WA<br>Rev. 01-08<br>Commonwealth of Kentucky<br>Court of Justice<br>RCr 2.05; RCr2.06 | Case Number:<br>County:    FAYETTE<br>Court:    DISTRICT COURT<br>Warrant Number:    E03410004849129<br>Generated:    9/27/2024  3:41:06PM |



**NOT ORIGINAL COPY**

**Warrant of Arrest**
**Complaint Warrant**    E P87724

Page 1 of 2

*Plaintiff.* COMMONWEALTH VS. Abdulqayum Wardak *Defendant*

**TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:** You are commanded to arrest the person named below and bring him/her forthwith before the FAYETTE COUNTY - DISTRICT COURT. If Court is not in session, you shall deliver him/her to the Jailer of FAYETTE County.

Abdulqayum Wardak
334 S. Broadway
3
LEXINGTON, KY 40508

| Gender | Race | Date of Birth | Height | Weight | Operator License# | State |
|--------|------|---------------|--------|--------|-------------------|-------|
| M | UNKNOWN | ▮▮▮ | 5'10 | 150 | ▮▮▮ | OLKY |

[X] to answer charges that he/she committed the offense(s) of:

| Chg# | UOR Code | KRS | Type | Description | ASCF | Counts | Disp Dt | Disp |
|------|----------|-----|------|-------------|------|--------|---------|------|
| 1 | 11220 | 510.110 | F | SEXUAL ABUSE, 1ST DEGREE | N/A | 1 | | |
| 2 | 00796 | 508.030 | M | ASSAULT, 4TH DEGREE (MINOR INJURY) | N/A | 1 | | |

[ ] The defendant may post bail in the amount of $ CA recommends $5,000 , secured by FC
    Conditions: No Contact with V
[ ] The defendant may not give bail.

## Complaint

The Affiant, Franklin Epley (LEXINGTON POLICE DEPARTMENT 56671) , states that  on 9/22/2024 at 03:25 in FAYETTE County, Kentucky, the above named defendant unlawfully: Committed the Offenses of Sexual Abuse 1st Degree, KRS 510.110, and Assault 4th Degree (Minor Injury), KRS 508.030, to wit: At 0423 hours on 9/22/2024, patrol officers were dispatched to the corner of Richmond Road and Lincoln Avenue in reference to a sex offense. They made contact with the victim ▮▮▮▮ who stated she had been assaulted by her Lyft rideshare driver. She described him as a Middle Eastern male with short hair, possibly in his 30's, with a "boxy" face. She had been consuming alcohol at a wedding and so was getting a ride back to her residence on Lincoln Avenue, however the driver pulled over before reaching her destination. He told her that he wasn't going to take her there unless she gave him $100 or had intercourse with him, and when she refused he climbed into the back seat on top of her. She stated he forcibly began to kiss her and grabbing her all over her body, including her breasts, and in an effort to get help she blindly hit a number on her recent call list. This happened to be her father, who was also on scene. He described hearing ▮▮▮ crying over the phone, and heard a man's voice in the background ask if she wanted to go to his house to which she replied she just wanted to go home ▮▮▮ was able to get away from the suspect and out of the car, at which time he cancelled her ride and fled the scene. While reviewing evidence submitted by ▮▮▮ I found she had notifications from Lyft that identified the driver as "Abdulqayum", and listed the plate number for his 2019 white Toyota Camry. Using this information, the driver was identified as Mr. Abdulqayum Wardak ▮▮▮ who is the registered owner of the vehicle and matches the description provided by ▮▮▮ I found tha ▮▮▮ had been picked up at 269 W. Main Street at 0319 hours, and the ride was cancelled at 0327 hours. Also provided by ▮▮▮ were photographs of an apparent minor injury to her lips, which were bruised and swollen from Mr. Wardak forcibly holding her down in the backseat of his vehicle and kissing her while subjecting her to sexual contact without consent.

Electronically signed by District Court Judge D.Spruill-Gunther on 9/27/2024 at 3:35:40PM.

Agency Local Code: 2024180842

Date printed:  Friday, September 27, 2024

B P-RWOA

AOC-E-035 WarCode: WA

Rev. 01-08

Commonwealth of Kentucky

Court of Justice

RCr 2.05; RCr2.06



**NOT ORIGINAL COPY**

Warrant of Arrest

**Complaint Warrant**

Case Number:

County:          FAYETTE

Court:           DISTRICT COURT

Warrant Number:  E03410004849129

Generated:       9/27/2024  3:41:06PM

Page 2 of 2

EXECUTION

☐ Executed

☐ Not executed  because _____

Date: _____, 2 _____.

_____

Signature of Peace Officer

Electronically signed by District Court Judge D.Spruill-Gunther on 9/27/2024 at 3:35:40PM.

Agency Local Code: 2024180842

Date printed:   Friday, September 27, 2024

B P-RWOA