# EXHIBIT B

Order to Dismiss (Without Prejudice)
Commonwealth of Kentucky v. Abdulqayum Wardak
Fayette Circuit Court, Seventh Division
No. 24-CR-00922  —  Entered July 21, 2025

Entered    24-CR-00922 07/21/2025    Vincent Riggs, Fayette Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

07/17/2026 04:58:49

JONAS.BASTIEN

FAYETTE CIRCUIT COURT
CRIMINAL BRANCH
SEVENTH DIVISION

COMMONWEALTH OF KENTUCKY                                    PLAINTIFF

VS.                           ORDER TO DISMISS                    24-CR-0922

ABDULQAYUM WARDAK                                            DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IT IS HEREBY ORDERED BY THE COURT the Commonwealth's motion to Dismiss

without Prejudice for reasons stated on the record is SUSTAINED.

IT IS FURTHER ORDERED that if the Defendant posted a financial bond, then the

bond shall be applied to the payment of fines and costs and the balance refunded to the

Defendant.  If the bond was posted by a third party, then the bond shall be refunded to the

surety.  If there is a valid bond assignment in place, the clerk shall first release the assigned

amount and then the balance, if any, shall be refunded.

/s/ JUDGE DIANE MINNIFIELD
electronically signed
7/21/2025 9:32:29 AM ET

JUDGE 7th DIVISION
FAYETTE CIRCUIT COURT

Copies to:

Commonwealth Attorney – ACA Kathryn Holt
Hon. Erik Young & Sadik Morshed
Pre-Trial Services
Bookkeeping

VINCENT RIGGS, C.F.C.C.
By_____D.C

ODIS : 000001 of 000001